No. 85. BORRÁS *v.* CASTRO, JUEZ DE DISTRITO.—Solicitud para que se expida mandamiento de *certiorari*. Resuelto en noviembre 29, 1911. Desestimada la solicitud. Abogado del peticionario: *Sr. Hugh R. Francis.*

---

. No. 399. EL PUEBLO *v.* ORTIZ ET AL.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en diciembre 4, 1911. Desestimada la apelación a instancia de los apelantes. Abogado de los apelantes: *Sr. José Ramón Freyre.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 784. BUXÓ ET AL. *v.* BUXÓ ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en diciembre 12, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo. Abogados de los promoventes: *Sres López Landrón y Rincón.* Abogados de la parte contraria: *Sres. Alvarez Nava y Domínguez.*